## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

TRAVIS FOSTER                                                                                           PLAINTIFF

v.                                      NO. 2:11CV00139 JLH

SHEEHAN PIPE LINE CONSTRUCTION
COMPANY; and AMBER MCCUIN                                                          DEFENDANTS

## ORDER

The motion to dismiss filed by plaintiff Travis Foster is GRANTED. Document #12. This matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE